# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### AT PADUCAH

**JASON L. BANKS**                                                          **PLAINTIFF**

**v.**                                                          **CIVIL ACTION NO. 5:12CV-P197-R**

**STEVE HILAND et al.**                                                          **DEFENDANTS**

## <u>MEMORANDUM AND ORDER</u>

Plaintiff Jason L. Banks has filed two motions for appointment of counsel (DNs 4 & 8).  He states that he is a lay person; he cannot afford counsel; he is a pauper; he believes that the complexities of the case require counsel; because he is in prison his ability to litigate is greatly hindered; trial in this case would likely involve conflicting testimony; and he has been unsuccessful in retaining counsel despite repeated efforts.

In a civil case, appointment of counsel is not a constitutional right.  *Lavado v. Keohane*, 992 F.2d 601, 605 (6th Cir. 1993).  Title 28, United States Code, section 1915(e)(1) indicates that court-enlisted assistance of counsel is not mandatory, but merely a matter of discretion.  *See Martin v. Harvey*, 14 F. App'x 307, 310 (6th Cir. 2001).  Furthermore, appointment of counsel is justified only in exceptional circumstances.  *Lavado*, 992 F.2d at 606.  The relevant factors that must be looked at in determining if exceptional circumstances exist are the complexity of the issues involved and the ability of the plaintiff to represent himself.  *Id.*

The Court finds that the complexity of the legal issues in this case does not necessitate the appointment of counsel.  Further, based on the pleadings filed thus far, it appears that Plaintiff is familiar with the workings of the legal system and able to sufficiently represent himself at this time.

Plaintiff has not set forth any exceptional circumstances warranting appointment of counsel at this time.  Therefore,

**IT IS ORDERED** that the motions for appointment of counsel (DNs 4 & 8) are **DENIED**.

Date:

cc:       Plaintiff, *pro se*

4413.009